UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PATRICK A. JOHNSON, LARRY STEINMETZ, OZZIE KNEZOVICH, HAL WILSON, RYAN GOLDEN, KARI REARDON, ELLEN K. CLARK, NIEL KORBUS, JEROMY TAYLOR and ANDREA L. UTGORD-BORG,<br><br>　　　　　Defendants. | NO. CV-09-324-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

Magistrate Judge Imbrogno filed a Report and Recommendation on November 30, 2009, recommending Mr. Hunter's application to proceed *in forma pauperis* be denied as his prior litigation history precludes him from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g). Rather than file objections, Mr. Hunter submitted a document titled "(Free Speech) Waiver" which is not responsive to the Report and Recommendation. Finding no objections, the Court **ADOPTS** the Report and Recommendation. The Application to Proceed *in forma pauperis* is **DENIED.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.  Plaintiff may submit the

ORDER -- 1

$350.00 filing fee within **TWENTY (20) DAYS** of the date of this Order. Failure to do so will be construed as his consent to dismissal of this action. The District Court Executive shall SET A CASE MANAGEMENT DEADLINE ACCORDINGLY.

**DATED** this 21st day of December 2009.

s/Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2009\9cv324ci-12-21-denifp1915g.wpd

ORDER -- 2