UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,          )<br>                                 )<br>      Plaintiff,                 )<br>                                 )<br>      v.                         )<br>                                 )<br>PATRICK A. JOHNSON, et al.,      )<br>                                 )<br>      Defendants.                )<br>_____) | CV-09-324-CI<br><br>**JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Complaint is **DISMISSED without prejudice** for failure to pay the filing fee as required by 28 USC §§ 1914 and 1915.

DATED: January 15, 2010

JAMES R. LARSEN

District Court Executive/Clerk


s/ L. Stejskal, Deputy Clerk